# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMPER INDEPENDENCE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BLAKE WELLS, et al.,<br><br>Defendants | Case No.: 1:17-CV-01612-AWI-SAB<br><br>ORDER REQUIRING PLAINTIFF TO COMPLY WITH JANUARY 25, 2018 ORDER OR SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY<br><br>(ECF No. 8) |

On January 19, 2018, the parties filed a stipulation to stay this action and to redact certain information filed as Exhibit A to the complaint. (ECF No. 6.) An order issued on January 25, 2018, granting the parties stipulation, sealing the exhibit, and directing Plaintiff to file a redacted copy of the exhibit within five days. (ECF No. 8.) On January 31, 2018, Plaintiff filed a notice of settlement, however the redacted exhibit has not been filed.

Accordingly, IT IS HEREBY ORDERED that within twenty-four (24) hours from the date of entry of this order, Plaintiff shall file a redacted copy of Exhibit A or

show cause in writing why sanctions should not issue for the failure to comply with the January 25, 2018 order.

IT IS SO ORDERED.

Dated: __**February 21, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE